MARGARET E. BULKLEY, as Administratrix, etc., Respondent, *v.* THE PORT HENRY IRON ORE COMPANY OF LAKE CHAM-PLAIN, Appellant.

(Argued October 31, 1889; decided November 26, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order

made May 18, 1888, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Chester B. McLaughlin* for appellant.

*Richard L. Hand* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.